[No. 51353-2-I. Division One. June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEGRONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10352-9, Michael Hayden, J., entered November 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51719-8-I. Division One. June 30, 2003.]

DEAN G. DANIELS, *Plaintiff*, v. THE CITY OF ISSAQUAH, ET AL., *Defendants*.
ZIMO CONSTRUCTION, L.L.C., *Respondent*, v. HARDING'S BACKHOE & BULLDOZING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-23782-7, James A. Doerty, J., entered December 31, 2002. *Reversed* by unpublished per curiam opinion.

[No. 27468-0-II. Division Two. July 1, 2003.]

*In the Matter of the Marriage of* DEBORAH B. BAKER, *Respondent*, and JAMES W. ZUKOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-3-00518-4, David E. Foscue, J., entered May 7, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27947-9-II. Division Two. July 1, 2003.]

GORMLEY MARINE TRANSPORT, *Respondent*, v. CAROLYN BROCKMEIER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-2-00428-7, Thomas J. Majhan, J., entered July 18, 2001. *Dismissed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.